IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GENREIS, INC., an Iowa Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DEREK L BROWN, Individually; L&J ASSET HOLDINGS, LLC, a Delaware Limited Liability Company; and DLB CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company;<br><br>Defendants. | **8:22CV74**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Scott D. Jochim, as counsel of record for Defendants, (Filing No. 7), is granted. Scott D. Jochim shall no longer receive electronic notice in this case.

Dated this 4th day of March, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge