## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GENREIS, INC., an Iowa Corporation;<br><br>  Plaintiff,<br><br>  vs.<br><br>DEREK L BROWN, Individually; L&J ASSET HOLDINGS, LLC, a Delaware Limited Liability Company; and   DLB CAPITAL MANAGEMENT, LLC, a Delaware Limited Liability Company;<br><br>  Defendants. | **8:22CV74**<br><br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 39).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each party to pay their own costs and attorneys' fees.

Dated this 2nd day of November, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge